1
2
3
4
5
6
7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHRISTIAN DANIEL GATES,              **Case No. CV 15-2541 RSWL (RAO)**

12              Petitioner,

13        v.                              **ORDER ACCEPTING FINDINGS,
                                          CONCLUSIONS, AND**
14   JOE LIZARRAGA, Warden,               **RECOMMENDATIONS OF
                                          UNITED STATES MAGISTRATE**
15              Respondent.               **JUDGE**

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

18   records and files herein, and the Magistrate Judge's Report and Recommendation.

19   Further, the Court has engaged in a *de novo* review of those portions of the Report

20   to which Petitioner has objected.   The Court accepts and adopts the findings,

21   conclusions, and recommendations of the Magistrate Judge.

22        IT IS ORDERED that the Petition is denied, and Judgment shall be entered

23   dismissing this action with prejudice.

24

25   DATED: JUN 2 4 2016                        RONALD S.W. LEW

26                                   _____

27                                   RONALD S.W. LEW
                                     UNITED STATES DISTRICT JUDGE

28