# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DANIEL GATES,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA, Warden,<br><br>Respondent. | **Case No. CV 15-2541 RSWL (RAO)**<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.


DATED: JUN 2 4 2016

RONALD S.W. LEW

_____

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE